**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 13-6015**

─────────────

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

         v.

TYRONE MCDOWNEY,

                Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Chief District Judge. (8:09-cr-00445-DKC-1)

─────────────

Submitted: April 25, 2013          Decided: April 30, 2013

─────────────

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Tyrone McDowney, Appellant Pro Se. Barbara Slaymaker Sale, Assistant United States Attorney, Baltimore, Maryland; Mara Zusman Greenberg, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone McDowney appeals the district court's order denying his motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED